UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES FOR THE USE AND
BENEFIT OF PLATINUM MECHANICAL, LLC,

       Plaintiff,

  -against-

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and
THE CFP GROUP, INC.

       Defendants.

-----------------------------------------------------------------X

**RULE 7.1 STATEMENT**

**07 CIV. 3318**

**BRIEANT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General rule 1.9] and to enable District Judges and Magistrate Judge of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, The United States For The Use And Benefit Of Platinum Mechanical, LLC, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**None.**

Dated: White Plains, New York
       April 24, 2007

                                    WELBY, BRADY & GREENBLATT, LLP

                                    By: _____
                                        Paul G. Ryan (PR2374)
                                        Attorneys for Plaintiff
                                        The United States For The Use And
                                        Benefit of Platinum Mechanical, LLC
                                        11 Martine Avenue
                                        White Plains, New York 10606
                                        (914) 428-2100