UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE UNITED STATES OF AMERICA FOR THE
USE AND BENEFIT OF PLATINUM
MECHANICAL, LLC

    Plaintiff,

      -against-

UNITED STATES SURETY COMPANY, US
SPECIALTY INSURANCE COMPANY and THE
CFP GROUP, INC.

    Defendants.
-------------------------------------------------------------x

Case No. 07 Civ. 3318

Brieant, J.

(ECF Case)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED y the undersigned, attorneys for the parties to this stipulation, that the time for the defendants UNITED STATES SURETY COMPANY, and US SPECIALTY INSURANCE COMPANY to answer or otherwise move as to the complaint herein is extended to and including June 11, 2007.

Dated: May 18, 2007

**WELBY, BRADY & GREENBLATT, LLP**
Attorneys for Plaintiff

Paul G. Ryan (PR-2374
11 Martine Avenue
White Plains, New York 10606
(914) 428-2100

**DE LUCA & FORSTER**
Attorneys for Defendants
UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY

Thomas G. DE Luca ( TDL 6312)

DeLuca & Forster
Attorneys At Law

45 East Shore Drive
Valatie, New York 12184-3904
(518) 784-2940
        AND
11 Commerce Drive
Cranford, New Jersey 07016
(908) 931-1100

THE FOREGOING STIPULATION IS SO ORDERED THIS ___ DAY OF _May_,
2007

_Charles Brieant_
CHARLES L. BRIEANT, U.S.D.S.J.

DeLuca & Forster
Attorneys At Law

2

# De Luca & Forster

*11 Commerce Drive*
*Cranford, New Jersey 07016*
*(908) 931-1100*
*Fax: (908) 276-6260*

## FAX TRANSMISSION COVER SHEET

**Date:**      May 18, 2007

**To:**        Hon. Charles L. Brieant

**Fax:**       914 390-4085

**Subject:**   Case No. 07 Civ. 3318

**Sender:**    Thomas G. De Luca

*YOU SHOULD RECEIVE 4 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (908) 931-1100*

This message is intended for the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the sender of this message is not the intended recipient, or the employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank You.

☐   ORIGINAL TO FOLLOW ONLY IF THIS BOX IS CHECKED.

Message

Documents Attached

Letter to Court 1 page
Stipulation 2 pages

# De Luca & Forster

## Attorneys at Law

*11 Commerce Drive ● Cranford, New Jersey 07016 ● (908) 931-1100 ● Fax: (908) 276-6260*

Thomas G. De Luca NJ, NY
Counsel
James F. Forster NJ, NY

New York Office:
45 East Shore Drive
Valatie, New York 12184-3904
(518) 784-2940

May 18, 2007

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York   10601

Re: United States for the use and benefit of Platinum Mechanical, LLC
                      Vs.
       United States Surety Company, US Specialty Insurance Company and CFP Group,
       Inc.
       Case No.  07 Civ. 3318

Dear Judge Brieant,

Pursuant to our conversation with Chambers, we enclose herewith a stipulation extending the time for the defendants United States Surety Company and US Specialty Insurance Company to answer the complaint herein.

Our firm will serve as local counsel in this matter and will also likely serve in that role for the remaining defendant, CFP Group, Inc., which, I am informed, has not yet been served with process.

We request that Your Honor "So Order" the stipulation which is the first such stipulation in this matter.  Thank you

Respectfully yours,

DE LUCA & FORSTER

THOMAS G. DE LUCA

cc: Paul Ryan, Esq.  ( by fax (914) 428-2172)