# United States District Court

__Southern__ DISTRICT OF __New York__

The United States for the Use and Benefit of
Platinum Mechanical, LLC

**SUMMONS IN A CIVIL CASE**

V.

United States Surety Company, US Specialty
Insurance Company and The CFP Group, Inc.

CASE NUMBER: **07 CIV. 3318**

BRIEANT   ECF case

TO: (Name and address of defendant)

United States Surety Company, 20 W. Aylesbury Rd., Timonium, MD 21094
US Specialty Insurance Company, 13403 Northwest Freeway, Houston, TX 77040
The CFP Group, Inc. 1921 Gallows Road, Ste. 380, Vienna, VA 22182

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul G. Ryan, Esq.
Welby, Brady & Greenblatt, LLP
11 Martine Avenue
White Plains, NY 10606
(914) 428-2100

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. Michael McMahon_
CLERK

_[signature]_
(BY) DEPUTY CLERK

APR 2 5 2007
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                                           Signature of Server

                                                                          _____
                                                                          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3318           Purchased/Filed: April 25, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

*The United States for the Use and Benefit of Platinum Mechanical, LLC*     Plaintiff

against

*United States Surety Company, et al*     Defendant

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 4, 2007_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint, Rule 7.1 Statement, Civil Cover Sheet, Judge's Rules and Electronic Filing Instructions Guidelines and Procedures on _____The CFP Group, Inc_____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __307 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__ Approx. Wt: __160__ Approx. Ht: __5'9"__
Color of skin: __White__ Hair color: __Blonde__ Sex: __F__ Other: _____

Sworn to before me on this

__9th__ day of __May, 2007__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0703829

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

DOCUMENTS SERVED WITH INDEX # 07CIV3318   AND FILED ON   APRIL 25, 2007
ATTORNEY(S): Welby Brady & Greenblatt, LLP , Dimitrios Panagiotopoulos

Plaintiff

*The United States for the Use and Benefit of Platinum Mechanical, LLC*
*vs*
*United States Surety Company, et al*

Defendant

---

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY, SS.:

John C Longton, III, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on April 30, 2007 at 1:05pm at NYS Supt. of Insurance, 1 Commerce Plaza, Albany, NY deponent served the within Civil Cover Sheet, Summons in a Civil Case and Complaint, Rule 7.1 statement ECF Rules and Judge Brieant's Rules

on: United States Surety Company ' Defendant (herein called recipient) therein named.

**INDIVIDUAL A [ ]**   By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Civil Cover Sheet, Summons in a Civil Case and Complaint, Rule 7.1 statement ECF Rules and Judge Brieant's Rules

**CORPORATION B [x]**   By delivering to and leaving with Patrick Harrigan at 1 Commerce Plaza, Albany, NY and that deponent knew the person so served to be the Attorney of the corporation.
*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C [ ]**   By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode)   [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]**   By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode)   [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]**   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2 [ ]**   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F [ ]**   Deponent had previously attempted to serve the above named defendant/ respondent
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G [x]**   DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)**   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age   36 - 50 Yrs.   Approximate weight   161 - 200 Lbs   Approximate height   5' 9" - 6' 0"   Sex   Male
Color of skin   White   Color of hair   Red   Other _____

**MILITARY SERVICE [x]**   Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]**   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT. FEES [ ]**   $ ___ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 30TH day of April, 2007

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

_____
John C Longton III
Attny's File No. 954.002
Invoice•Work Order # SP0703712

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

**AFFIDAVIT OF SERVICE**

SOUTHERN DISTRICT OF NEW YORK UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07CIV3318   AND FILED ON  APRIL 25, 2007
ATTORNEY(S): Welby Brady & Greenblatt, LLP ,  Dimitrios Panagiotopoulos

Plaintiff

*The United States for the Use and Benefit of Platinum Mechanical, LLC*
*vs*
*United States Surety Company, et al*

Defendant

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY, SS.:

John C Longton, III, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on April 30, 2007 at 1:05pm at NYS Supt. of Insurance, 1 Commerce Plaza, Albany, NY deponent served the within Civil Cover Sheet, Summons and Complaint, Rule 7.1 Statement, ECF Rules, Judge Brient's rules

on: U.S. Specialty Insurance Company ' Defendant  (herein called recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Civil Cover Sheet, Summons and Complaint, Rule 7.1 Statement, ECF Rules, Judge Brient's rules

**CORPORATION B [x]** By delivering to and leaving with Patrick Harrigan at 1 Commerce Plaza, Albany, NY and that deponent knew the person so served to be the Attorney of the corporation. *Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C [ ]** By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode)   [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]** By affixing a true copy thereof to the door of said premises, the same being the defendant's  [ ] dwelling house (usual place of abode)   [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F [ ]** Deponent had previously attempted to serve the above named defendant/ respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G [x]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age  36 - 50 Yrs.   Approximate weight  161 - 200 Lbs   Approximate height  5' 9" - 6' 0"   Sex  Male
Color of skin  White   Color of hair  Red   Other _____

**MILITARY SERVICE [x]** Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following:  [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT. FEES [ ]** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this  30th  day of  April, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

John C Longton, III
Attny's File No. 954.002
Invoice•Work Order # SP0703713

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**