UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PLATINUM MECHANICAL, LLC

    Plaintiff,

    -against-

UNITED STATES SURETY COMPANY, US SPECIALTY INSURANCE COMPANY and THE CFP GROUP, INC.

    Defendants.
------------------------------------------------------------x

Case No. 07 Civ. 3318

Brieant, J.

(ECF Case)

Rule 7.1 Corporate Disclosure

Pursuant to Rule 7.1, the defendant CFP GROUP, INC., makes the following disclosures:

CFP Group, Inc., is a privately held corporation.

Dated:    June 11, 2007

                      DE LUCA & FORSTER

                      */s/ Thomas G. De Luca*

                      Thomas G. De Luca ( TDL-6312)
                      Attorneys for Defendant
                      **CFP GROUP, INC.**
                      45 East Shore Drive
                      Valatie, New York 12184-3904
                      (518) 784-2940
                            AND
                      11 Commerce Drive
                      Cranford, New Jersey 07016
                      (908) 931-1100
                            AND
                      LORI VAUGHN EBERSOLE, PLLC
                      Lori Vaughn Ebersole
                      252 NORTH Washington Street
                      Falls Church, Virginia
                      (703) 534-4440