UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PLATINUM MECHANICAL, LLC

      Plaintiff,

      -against-

UNITED STATES SURETY COMPANY, US SPECIALTY INSURANCE COMPANY and THE CFP GROUP, INC.

      Defendants.
----------------------------------------------------------------x

Case No. 07 Civ. 3318

Brieant, J.

(ECF Case)

Rule 7.1 Corporate Disclosure

Pursuant to Rule 7.1, the defendants United States Surety Company and US Specialty Insurance Company make the following disclosures:

Defendant, United States Surety Company, is a wholly owner subsidiary of USSC Holdings, Inc., which is, in turn, wholly owned by HCC Insurance Holdings, Inc.

Defendant, US Specialty Insurance Company, is a wholly owned subsidiary of Houston Casualty Company which is, in turn, a wholly owned subsidiary of Illium, Inc., which is, in turn, wholly owned by HCC Insurance Holdings, Inc.

HCC Insurance Holdings is publicly traded on the New York Stock Exchange ( symbol HCC)

Dated:      June 11, 2007

DE LUCA & FORSTER

*Thomas G. De Luca* (signature)

Thomas G. De Luca ( TDL-6312)
Attorneys for Defendants
**UNITED STATES SURETY COMPANY, US SPECIALTY INSURANCE COMPANY**

45 East Shore Drive
Valatie, New York 12184-3904
(518) 784-2940
  AND
11 Commerce Drive
Cranford, New Jersey 07016
(908) 931-1100

  AND

LORI VAUGHN EBERSOLE, PLLC
Lori Vaughn Ebersole
252 NORTH Washington Street
Falls Church, Virginia
(703) 534-4440