UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE UNITED STATES FOR THE USE AND BENEFIT
OF PLATINUM MECHANICAL, LLC,

Case # 07 civ. 3318 (CLB)(LMS)

Plaintiff,

-against-

**RULE 7.1(a) DISCLOSURE STATEMENT**

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and

CFP GROUP, INC.

Defendants.

CFP GROUP, INC.,

-against-

UTICA MUTUAL INSURANCE COMPANY.

Additional Defendant on the Counterclaim

------------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Additional Defendant on the Counterclaim, Utica Mutual Insurance Company, certify that the following are corporate parents, subsidiaries or affiliates of that party:

Graphic Arts Mutual Insurance Company

Utica Lloyd's of Texas

Utica National Assurance Company

Utica National Insurance Company

Republic - Franklin Insurance Company

UNI - Service Operations Corporation

Utica National Life Insurance Company

1

Dated: New York, New York
October 9, 2007

                                              MOUND COTTON WOLLAN & GREENGRASS

                                              By: _____
                                                    John Mezzacappa (JM1266)
Attorneys for Additional Defendant on the Counterclaim
Utica Mutual Insurance Company
One Battery Park Plaza
New York, New York 10004
(212) 804-4200

2