UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE UNITED STATES FOR THE USE AND BENEFIT     Case # 07 civ. 3318 (CLB)(LMS)
OF PLATINUM MECHANICAL, LLC,

                                     Plaintiff,

               -against-                              **AMENDED RULE 7.1(a)**
                                                                     **DISCLOSURE STATEMENT**

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and

CFP GROUP, INC.

                                  Defendants.

CFP GROUP, INC.,

             -against-

UTICA MUTUAL INSURANCE COMPANY.

        Additional Defendant on the Counterclaim

-------------------------------------------------------------------x

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Additional Defendant on the Counterclaim, Utica Mutual Insurance Company, certify that the following are corporate parents, subsidiaries or affiliates of that party:

Graphic Arts Mutual Insurance Company

Utica Lloyd's of Texas

Utica National Assurance Company

Utica National Insurance Company of Texas

Republic - Franklin Insurance Company

UNI - Service Operations Corporation

Utica National Life Insurance Company

1

Utica Specialty Risk Insurance Company

Utica Lloyd's, Inc.

UNI - Service Risk Management Corp.

UNI - Service Excess Facilities, Inc.

UNI - Service Excess Facilities Insurance Agency of New England, Inc.

UNI - Service Life Agency, Inc.

Dated: New York, New York
       October 9, 2007

                      MOUND COTTON WOLLAN & GREENGRASS

                      By: _____
                           John Mezzacappa (JM1266)
                      Attorneys for Additional Defendant on the Counterclaim
                      Utica Mutual Insurance Company
                      One Battery Park Plaza
                      New York, New York 10004
                      (212) 804-4200