UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
THE UNITED STATES FOR THE USE AND BENEFIT
OF PLATINUM MECHANICAL, LLC,

                               Plaintiff,

Case # 07 civ. 3318 (CLB)(LMS)

        -against-

**NOTICE OF MOTION**

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and

CFP GROUP, INC.

                           Defendants.

CFP GROUP, INC.,

        -against-

UTICA MUTUAL INSURANCE COMPANY.

             Additional Defendant on the Counterclaim
----------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Patrick H. Ryan, sworn

to October 19, 2007, together with all exhibits attached thereto, the accompanying Memorandum

of Law, the Rule 56.1 Statement and all the papers and proceedings had herein, Additional

Defendant on the Counterclaim, Utica Mutual Insurance Company ("Utica Mutual") will move

this Court, at the United States Courthouse, located at 300 Quarropas Street, White Plains, New

York 10601, before the Hon. Charles L. Brieant, on November 16, 2007 at 10:00 a.m., for an

Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the Counterclaim

of CFP Group, Inc. ("CFP") as to Utica Mutual with prejudice, together with such other and

further relief as this Court deems just and proper.

Dated: New York, New York
      October 24, 2007

                    MOUND COTTON WOLLAN & GREENGRASS

                By: _____
                      John Mezzacappa
                Attorney for Additional Defendant on the Counterclaim
                Utica Mutual Insurance Co.
                One Battery Park Plaza
                New York, New York 10004
                (212) 804-4200

To:

Thomas G. De Luca (TDL 6312)
Attorneys for Defendant - Counterclaimant
CFP Group, Inc.
11 Commerce Drive
Cranford, New Jersey 07016
Telephone (908) 931-1100
Facsimile (908) 272 -2670

      -AND-

Lori Vaughn Ebersohl
LORI VAUGHN EBERSOHL, PLLC
252 North Washington Street
Falls Church, VA 2204
Telephone (703) 534- 4440
Facsimile (703) 534-4450

Paul G. Ryan (PR-2374)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Platinum Mechanical, LLC
11 Matrine Avenue
White Plains, New York 10606
Telephone (914) 428-2100
Facsimile (914) 428-2172

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

TONI M. COCUZZO, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and located in New York, New York.

That on October 24, 2007, deponent served the within **NOTICE OF MOTION AND AFFIDAVIT OF PATRICK RYAN IN SUPPORT WITH EXHIBITS** upon:

Thomas G. De Luca (TDL 6312)
Attorneys for Defendant - Counterclaimant
CFP Group, Inc.
11 Commerce Drive
Cranford, New Jersey 07016

-and-

Lori Vaughn Ebersohl
LORI VAUGHN EBERSOHL, PLLC
252 North Washington Street
Falls Church, VA 2204

Paul G. Ryan (PR-2374)
WELBY, BRADY & GREENBLATT, LLP
Attorneys for Plaintiff
Platinum Mechanical, LLC
11 Matrine Avenue
White Plains, New York 10606

at the address designated by said attorney and/or party for that purpose, by depositing the same, enclosed in a postpaid, properly addressed envelope directed to said persons at the above address, in an official depository under the exclusive care and custody of United States Post Office.

_____
TONI M. COCUZZO

Sworn to before me on
October 24, 2007

_____
Notary Public

KEVIN J. BRASSIL
Notary Public, State of New York
No. 31-5018311
Qualified in New York County
Certificate Filed in New York County
Commission Expires Sept. 27, 20__