# EXHIBIT "C"



**THE CFP GROUP**
FIRE PROTECTION  ENGINEERING  CONSTRUCTION

1921 Gallows Road
Suite 380
Vienna, VA 22182
Tel:  (703) 752 - 0570
Fax:  (703) 752 - 0573

March 19, 2007

Chip Knapp
Platinum Mechanical, LLC
250 Greenwich Ave.
Goshen, NY 10924

Re:      **Default under NY ANG**

Dear Chip:

    This letter is to formally give you notice that Platinum Mechanical, LLC ("Platinum"), is in default under the terms of the certain project agreement regarding Contract Number W912PQ-06-C-0004, Repair Hangar 100 at Steward Air National Guard Base (the "Contract"). Under the Contract, and pursuant to all drawings, specs, and addendums thereto, Platinum was to have completed all work thereunder by March 12, 2007.

    Pursuant to conversations on each of February 28, 2007, and March 12, 2007, we have issued verbal notices of project deadlines and default under the Contract. On February 28, 2007, we discussed your performance, punch list and the project completion date of March 12, 2007, where we also stated our concerns regarding whether you would be able to complete the work on-time. On March 5, 2007, there was a major water leak, which caused damage to the newly completed areas of the project. Based on this latest incident and the fact that Platinum has not completed the work as scheduled, we hereby find Platinum in default under the Contract.

    The cost of correcting the water damaged areas of the project, as well as the cost associated with completing your contractual items will be back-charged against your contract. Any remaining funds under your contract will then be disbursed to you. If you have any questions, please contact me.

Regards,

Roberto Clark, P.E.

C:    D. Dixon (Delmarva Surety)
      T. Laverdiere (Atlynx Surety Brokers, LLC)

| **Georgia** | **Maryland** | **Virginia** |
|---|---|---|
| 125 Town Park Drive | 1921 Gallows Rd. | 1700 Rockville Pike |
| Suite 300 | Suite 380 | Suite 400 |
| Kennesaw, GA 30144 | Vienna, VA 22182 | Rockville, MD 20852 |