# EXHIBIT "E"

# Apatoff|Peters, LLC
ATTORNEYS AND COUNSELORS

1700 RESEARCH BLVD. SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: 301.315.5825 FAX: 301.279.2819
www.apatoffpeters.com

May 2, 2007

<u>VIA FEDERAL EXPRESS</u>

Utica Mutual Insurance Company
Jack Nelson
Senior Underwriter
180 Genesee Street
New Hartford, New York 13413

Re: <u>The CFP Group, Inc. and Platinum Mechanical, LLC</u>
Claim Number: ~~SU3950828~~
SU3950828

Dear Jack:

This letter shall serve as notice that the CFP Group, Inc. has found Platinum Mechanical, LLC in default under a contract that was supported by a performance bond issued by your company. The CFP Group, Inc. is in the process of identifying the damages from such default.

Enclosed for your review is the correspondence with your insured.

Please call me to discuss how your company would like to proceed.

Best regards,

Craig M. Peters, Esq.