# EXHIBIT "F"



Patrick H. Ryan, Esq.
Staff Attorney

P.O. Box 6568, Utica, New York 13504
Telephone: (315) 734-2419
FAX: (315) 734-2976
patrick.ryan@uticanational.com

May 14, 2007

Craig M. Peters, Esq.,
Apatoff Peters, LLC
1700 Research Blvd., Suite 220
Rockville, MD  20850

Re:   Principal:   Platinum Mechanical, LLC
      Bond No.:    3950828

Dear Mr. Peters:

    Your letter of 5-2-07 with enclosures has been referred to me for response.  A copy of our principal's suit on this matter is enclosed.

    Please be advised that we do not waive any and all rights and/or defenses that are available to this company, as surety; or to our principal, and all such rights, and/or defenses; including, but not limited to, any lack of proper notice under the bond, are reserved.   Your reply will be appreciated.

Very truly yours,

Patrick H. Ryan
Staff Attorney

PHR:ls

cc:   Platinum Mechanical, LLC
      250 Greenwich Avenue
      Goshen, NY 10924