# EXHIBIT "G"

# Apatoff|Peters, LLC

ATTORNEYS AND COUNSELORS

1700 RESEARCH BLVD. SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: 301.315.5825 FAX: 301.279.2819
www.apatoffpeters.com

August 23, 2007

**RECEIVED**

**AUG 24 2007**

**CIF**

VIA FEDERAL EXPRESS

Utica Mutual Insurance Company
Patrick H. Ryan
Staff Attorney
P.O. Box 6568
Utica, New York 13504

Re:    **The CFP Group, Inc. and Platinum Mechanical, LLC**
       **Claim Number: SU39508728**
       **Bond No.: 3950828**

Dear Mr. Ryan:

Our last letter of May 2, 2007 provided you with notice of certain proceedings with regards to the above mentioned bond. In the interim, the CFP Group, Inc. ("CFP") has been able to complete the relevant work on the Contract Number W912PQ-06-C-004, Repair Hanger 100 at Stewart Air National Guard Base (the "Project") in the state of New York. As you are aware, CFP has made a claim under the performance and payment bonds issued with regard to the Project. CFP asserts that the work performed by Platinum Mechanical, LLC ("Platinum") was incomplete and certain of the work that was completed was not completed in an acceptable manner.

Attached for your review is the detail of both the incomplete items and errors discovered following a review of all of Platinum's work. CFP has prepared a schedule showing the items which were not finished by Platinum and errors that required CFP to either fix or repair work previously claimed to be completed by Platinum. The document attached titled "Mechanical Work After 3-9-07" identifies the items that were not completed (see all numbered items), and then all items which were done improperly (see items designated as an "error item") (all of the numbered items and error item's are together the "Claims"). The costs for completing the unfinished work, as well as the cost to fix all of the error items are detailed on the document attached titled "HVAC Punchlist and Error Cost Tracker" (the "Cost Detail"). The Cost Detail includes amounts billed to CFP and CFP's own costs incurred as a direct result of CFP's work to complete and fix all of the Claims. The costs include both CFP direct labor incurred to remedy the Claims, as well as subcontractor costs incurred to complete or repair the Claims.

Page 1 of 2

Utica Claim Letter

In addition to the summary documents, CFP has also provided the backup for Cost Detail.  The Schedule of Exhibits attached hereto provides the detailed backup for all costs claimed in the Cost Detail.

CFP thus is formally requesting that Utica Mutual Insurance Company review its claims for payment under the above referenced bonds.  It was our intention to provide you with sufficient detail to verify our claim.  Please let us know if there is any further information that Utica would need to verify the claim.

Best regards,

Craig M. Peters, Esq.

attachments

## Mechanical Work After 3-9-07

| Drwg # | Room Location | Non CHA Punch List Blue | Work to be done | DONE | Contractor Per Item | Labor Hours |
|---|---|---|---|---|---|---|
| | | | | | Flow Tech | |
| M-3 | Hangar | Item # 2 | Rebalance pumps (General Notes A & B) | | CFP | |
| | | 3 | Repair, fasten, adjust all unit heater vanes | X | CFP | |
| | | 6 | Remove all unused pneumatic tubing and devices | X | CFP | |
| M-4 | Hangar | error item | Paint Unit Heater Piping - - Done before step 2 & FIN | X | CFP | |
| | | error item | Disconnect switches for Unit Heaters purchased by Platinum | X | CFP | |
| | | 6 | (United Rental)    One day rental of Boom lift to demo Pneumatics | X | AAA | |
| | | error item | Replace damaged and/or HAZ replace heater bolts & nylon | | CFP | |
| | | error item | Re-secure spiral return pipe ins where previously secured to Platinum | X | United | |
| | | | Supply & Return water labels | X | United | |
| | | 4 | Label HWS/R piping at unit heaters | X | CFP | |
| M-5 | Ground Floor | 7 | Provide end caps on fin tube Re-install fin tube covers(refasten covers at hanger side) | | Flow Tech | |
| | | 10 | Re-balance air side and water side (Mech Notes 13 & 14) | | | |
| | Second Floor | 5 | Existing main ducts re-used (Issue credit) | X | CFP | |
| | | 8 | Remove all unused pneumatic tubing and devices | | Flow Tech | |
| | | 10 | Re-balance air side and water side (Mech Notes 13 & 14) | X | AAA | |
| M-6 | North | 19 &33 | Install Louvers on north exterior & patch walls | X | AAA | |
| | | error item | Install protective drain pans & drains (FC-1A, 1B, & FC-2) | X | AAA | |
| | | error item | Trim flashing on north bench & additional covers (E.R. Reote Co) | X | Flow Tech | |
| | | 28 | Complete balancing of airside and water side | | Trane | |
| | | 27 | Complete installation of all DDC controls. Add more control cabling supports at all devices | | AAA | |
| | | 40 | No esculcheons installed at any pipe wall penetrations per specification section 15050 | X | CFP | |
| | | 26 | Label all duct, VAV boxes and firedampers | | AAA | |
| | | 21 | Provide safing at all non-fire damper penetrations | X | CFP | |
| | Ground Floor | 30 | Exhaust fan drives 3A, 3B rattling, correct | | AAA | |
| | | 25 | Label all new refrigeration and condensate piping. Add more labeling at FC-1B | X | AAA | |
| | | 31 | Fan Coils FC-1A, B Secure doors properly | | AAA | |
| | | error item | FC-1A & B add drain pans and correct condensate lines to spec | X | AAA | |
| | | 36 | Install screened elbow at condensate drain termination outdoors | X | CFP | |
| | | 37 | Patch all core drilled holes at exterior piping | | AAA | |
| | | 38 | Correct control valve leak in room 107 | X | CFP | |
| | | 39 | Refasten fin tube cover in room 110A | | AAA | |
| | | 29 | Insulate condensate piping from FC-units | X | AAA | |
| | | 34 | Insulate round duct at FC-2 | X | CFP | |
| | | error item | Carpet cleaning area clean: in room 115 & From office from grease spots | X | Citi | |
| | | error item | Building repair (by building builders) roof from water damage in room 115 | | United | |
| | | 42 | Install fin tube and control valve room 115 | X | United | |
| | AH-1 & HV-1 | 45 | Insulate piping at all control valves | X | AAA | |
| | | 46 | Pipe air vent discharge down to floor. Currently over the VFD's | | Trane | |
| | | 47 | Label Trane controllers | | | |
| | | 48 | Label all VFD's | X | United | |
| | | error item | VFD's purchased by CFP for Platinum | X | CFP | |
| | | 49 | Remove all defunct pneumatic controls and air piping | X | CFP | |
| | | 50 | Provide access doors or alternate duct patching method. Metal tape not acceptable | X | AAA | |
| | Second Floor | 23 | Add supports to all heating branch piping to second floor | | AAA | |
| M-8 | Throughout | error item | Correct return diffusers per detail on M6 | | AAA | |
| | | error item | 24. Fire Dampers not installed to spec | | AAA | |
| | | error item | Connections of all flex connections from boxes/diffusers throughout job | X | | |
| M-9 | 134 Mec. Boiler Room | 57 | Drain piping from boilers to floor drains not installed (General Notes 6) | | Trane | |
| | | 54 | Complete Trane interface with boiler controller | | CFP | |
| | | 56 | Patch wall at gas vent penetrations | X | AAA | |
| | | 59 | Paint ALL fuel oil and gas piping and vents | X | AAA | |
| | | 62 | Fix oil leaks. Remove oil rags | X | CFP | |
| | | 63 | Clean all new equipment | X | United | |
| | | 55 | Label boilers | | AAA | |
| | | 66 | Provide oil pressure regulating valve at fuel oil piping loop | | | |

| Section | Area | Item | Description | X | Code |
|---|---|---|---|---|---|
| M-10 | Boilers | 67 | Provide missing gauges at gas trains per detail (typ. of 3) | X | AAA |
| | | | | X | AAA |
| | | error item | Repair damage chimney flashing. Add more correct nuts and bolts existing chimney bands | | CFP |
| | | error item | (Roman Welding) Stainless weld repair of chimney flashing | | CFP |
| | | 109 item Key | General cleanup boiler room | X | CFP |
| M-11 | 169 Fiberglass | error item | Dispensing set up Down Draft tables purchased for Plenium | X | CFP |
| | | 72 | Provide modifications to MUA-4 (General Notes 2) | X | AAA |
| | | | | | CFP |
| M-12 | 167 Paint Booth | error item | Material info (Roman) MUA-4 2 hrs for 2 weeks | | AAA |
| | | error item | modifications to MUA-4 Duct Transition | | AAA |
| | | error item | Cost of revised shop drawings - MUA-4 duct and materials & delivery | X | AAA |
| | | 73 | Install Exhaust fan EF-31 with explosion proof motorized damper | | AAA |
| | | error item | EF 31 & MUA-4 three dampers motors & EF covers missing | | CFP |
| | | error item | (Roman Welding) Certified welder for EF-31 breakup | X | CFP |
| | | error item | (Roman Welding) ShBt Dual Modifications | X | AAA |
| | | error item | Cost of revised shop drawings - roof detail and mat'l & delivery | | CFP |
| | | error item | Rental of scissor a fork lift to install duct on roof | X | AAA |
| | | 75 | Install new duct on roof | X | AAA |
| | | 74 | Install explosion proof motorized damper | X | AAA |
| | | 78 | Provide new filters per schedule | X | United |
| | | 79 | Re-build magnahelic | X | AAA |
| | | 71 | Provide certified balance report for existing air flow conditions | | Flow Tech |
| | | 85 | Label all duct and equipment (Spec section 15050) | X | CFP |
| M-13 | Sheet Metal Shop RTU | error item | Install strap on HVAC duct near elbows | X | AAA |
| | | 86 | Test ,balance and adjust RTU and duct system | | Trane |
| | | 87 | Label all fire damper locations | X | AAA |
| M-14 | MSL Office Area | 89 | Label all duct and equipment | X | CFP |
| | | 93 | Adjust and balance RTU and duct system | | Flow Tech |
| | | error item | Rough in for sink break room | X | United |
| | | | | | AAA |
| | | 94 | Install correct Diffusers | | AAA |
| | | error item | EF-6 plunge shorts and add the damper access door correct | | AAA |
| | | error item | EF-6 rough in roof not attached | | AAA |
| | | error item | EF-6 repair rubber roofing damage caused by duct error | | AAA |
| | | error item | EF-6 Fan & damper motors have failed | | AAA |
| | | error item | Rebuild duct work from 22" to 24 and install diffusers | | AAA |
| M-15 | HV-1, EF-6, Men's & Women's Lockers | error item | Cost of diffusers not provided by mechanical | | AAA |
| | | error item | Repair fan in EF-6 (for rubbing housing) and defective damper motor | | AAA |
| | | error item | Materials and install for 6 missing fire damper access doors | | AAA |
| | | error item | HV-1 add flashing around base of unit to cover wood that was added | X | CFP |
| | | 96 | Label all fire dampers | X | CFP |
| | | 99 | Label all duct and equipment | X | AAA |
| | | 97 | Re-secure exhaust grilles at shower locations | X | United |
| | | error item | Repair dripping shower diverter in men's locker    (Done United) | | Flow Tech |
| | | 100 | Adjust and balance and duct system | | AAA |
| | | 101 | Install exhaust grilles: General note 2 (see M-6 rooms 111 &112) | | AAA |
| M-16 | Maint. Shop & Rest. | error item | Cost of grills for rooms 111 & 112 | | AAA |
| | | error item | Connection of transfer ducts in rooms 111 & 112 | | AAA |
| | | error item | Replace lavatory sanitary top line with chromed steel | X | United |
| | | 103 | Install lavatories | X | CFP |
| M-17 | Maint. Shop Offices | 107 | Label all duct and equipment | | Flow Tech |
| | | 109 | Test adjust and balance RTU and duct system | | AAA |
| | | error item | AAA Material shipping & delivery cost | | AAA |
| | | error item | AAA mobilization cost | | AAA |
| | | error item | CFP cost of remain modified after end of contract | | CFP |
| | | error item | Man lift for March to work on punch list items | | CFP |
| | | error item | Man lift for Month of April to work on errors | | CFP |
| | | | Labels for Mechanical Equipment | | CFP |
| | | | TOTALS | | |
| | | | PUNCH LIST TOTAL | $0.00 | |
| | | | ERRORS TOTAL | $0.00 | |
| | | | GRAND TOTAL | $0.00 | |

NY ANG-Hangar 100
HVAC Punhclist and Error Cost Tracker



**THE CFP GROUP**

as of June 8th, 2007

| Week | Labor/Sub | Hotel | Meals | Travel | Car Rental | Matls/Misc | Totals |
|---|---|---|---|---|---|---|---|
| **March 13-16** | | | | | | | |
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ 1,920.00 | | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ 2,200.00 | | | | | $ | 2,880.00 |
| Roberto Clark ($180/hr) | $ 2,880.00 | | | | | | |
| 2. United | | | | | | $ | - |
| 3. AAA | | | | | | $ | 3,500.00 |
| **March 19-23** | | | | | | | |
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ 1,920.00 | | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ 2,200.00 | | | | | $ | 2,880.00 |
| Roberto Clark ($180/hr) | $ 2,880.00 | | | | | $ | - |
| 2. United | | | | | | $ | 6,940.00 |
| 3. AAA | | | | | | | |
| **March 26-30** | | | | | | | |
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ 1,920.00 | | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ 2,200.00 | | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ 720.00 | | | | | $ | 9,045.45 |
| 2. United | | | | | | $ | 5,390.00 |
| 3. AAA | | | | | | | |
| **April 2-6** | | | | | | | |
| 1. CFP | | | | | $ 14,319.13 | $ | 16,239.13 |
| Gary Williams ($48) | $ 1,920.00 | | | | $ 8,243.98 | $ | 10,443.98 |
| Bob Clark ($55) | $ 2,200.00 | | | | $ 3,709.60 | $ | 4,429.60 |
| Roberto Clark ($180/hr) | $ 720.00 | | | | | | |
| 2. United | | | | | | $ | 9,000.00 |
| 3. AAA | | | | | | | |
| **April 9-13** | | | | | | | |
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ 1,920.00 | | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ 2,200.00 | | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ 720.00 | | | | | $ | 7,350.78 |
| 2. United | | | | | | $ | 17,200.00 |
| 3. AAA | | | | | | | |
| **April 16-20** | | | | | | | |
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ 1,920.00 | | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ 2,200.00 | | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ 720.00 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | - |
| 2. United | | | | | | $ | 14,145.00 |
| 3. AAA | | | | | | | |

**April 23-27**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ | 1,920.00 | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ | 2,200.00 | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | |
| 2. United | | | | | | $ | - |
| 3. AAA | | | | | | $ | 17,860.00 |

**April 30 - May 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ | 1,920.00 | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ | 2,200.00 | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | |
| | | | | | | $ | - |
| 2. United | | | | | | $ | 6,770.00 |
| 3. AAA | | | $ | 22,262.94 | $ | 22,262.94 |
| 4. Trane | | | $ | 32,000.00 | $ | 32,000.00 |
| 5. DL Flowtech | | | | | | | |

**May 7-11**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CFP | | | $ | 7,374.63 | $ | 9,294.63 |
| Gary Williams ($48) | $ | 1,920.00 | $ | 5,530.68 | $ | 7,730.68 |
| Bob Clark ($55) | $ | 2,200.00 | $ | 22.32 | $ | 742.32 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | |
| | | | | | | $ | - |
| 2. United | | | | | | $ | 12,640.00 |
| 3. AAA | | | | | | | |

**May 14-18**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ | 1,920.00 | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ | 2,200.00 | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | |
| | | | | | | $ | - |
| 2. United | | | | | | $ | 18,923.00 |
| 3. AAA | | | | | | | |

**May 21-25**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ | 1,920.00 | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ | 2,200.00 | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | |
| | | | | | | $ | - |
| 2. United | | | | | | $ | 800.00 |
| 3. AAA | | | | | | | |

**May 28 - June 1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. CFP | | | | | | $ | 1,920.00 |
| Gary Williams ($48) | $ | 1,920.00 | | | | $ | 2,200.00 |
| Bob Clark ($55) | $ | 2,200.00 | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | - |
| 2. United | | | | | | | $ | 18,030.00 |
| 3. AAA | | | | | | | | |

**June 4 - June 8**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. CFP | | | | | $ | 14,727.43 | $ | 14,727.43 |
| Gary Williams ($48) | $ | - | | | $ | 4,577.94 | $ | 6,777.94 |
| Bob Clark ($55) | $ | 2,200.00 | | | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | | | |
| 2. United | | | | | | | $ | - |
| 3. AAA | | | | | | | $ | 6,900.00 |

**June 11 - June 16**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. CFP | | | | | $ | - |
| Gary Williams ($48) | $ | - | | | $ | 2,200.00 |
| Bob Clark ($55) | $ | 2,200.00 | | | $ | 720.00 |
| Roberto Clark ($180/hr) | $ | 720.00 | | | | |
| 2. United | | | | | $ | - |
| 3. AAA | | | | | $ | 17,000.00 |

| | | | |
|---|---|---|---|
| | **totals:** | $ | 350,502.88 |

Notes:

1. travel costs based per AMEX monthly statements
2. Does not include any legal costs.
3. Estimated completion date is June 15

| | | |
|---|---|---|
| Punch List | $ | 118,000.00 |
| Errors | $ | 232,502.88 |

## CFP-Platinum Bond Claim

Schedule of Exhibits

| **Exhibit** | **Description** |
|---|---|
| A. | Roberto Clark Employee Timesheets |
| B. | Robert (Bob) Clark Employee Timesheets |
| C. | Gary Williams Employee Timesheets |
| D. | Corporate Card – New York Expenses |
| E. | Triple A. Mechanic & Electrical |
| F. | United A/C, Refrigeration, Plumbing & Heating, Inc. |
| G. | Trane |
| H. | DL Flow Tech, Inc. |