UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE UNITED STATES FOR THE USE AND BENEFIT  　　Case # 07 civ. 3318
OF PLATINUM MECHANICAL, LLC,

　　　　　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　**DISCLOSURE PURSUANT**
　　　　　　　　　　　　　　　　　　　　　　　　**TO F.R.C.P. 26(a)**

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and
CFP GROUP, INC.

　　　　　　　　　　　　　Defendants.
-----------------------------------------------------------------------X

　　Plaintiff, The United States for the Use and Benefit of Platinum Mechanical, LLC. ("Platinum"), by its attorneys, Welby, Brady & Greenblatt, LLP, as and for its disclosure pursuant to FRCP Rule 26(a) provide as follows:

A. <u>Individuals Likely to Have Discoverable Information</u>

　　In addition to the individuals noted within Defendant's Rule 26(a) disclosure, Plaintiff supplements the list as follows:

　　1. Harry Knapp
　　　 Platinum Mechanical
　　　 250 Greenwich Avenue
　　　 Goshen, NY 10924

　　2. Scott Pokorny
　　　 Platinum Mechanical
　　　 250 Greenwich Avenue
　　　 Goshen, NY 10924

　　3. Mark R. Walsh
　　　 Contracting Officer
　　　 MNPF-PC, Room 214
　　　 330 Old Niskayuna Road
　　　 Latham, NY 12110

4. Roberto Clark
   The CFP Group
   1700 Rockville Pike
   Rockville, MD 20852

5. Gary Williams
   The CFP Group
   1700 Rockville Pike
   Rockville, MD 20852

6. Robert Clark
   The CFP Group
   1700 Rockville Pike
   Rockville, MD 20852

7. Raymond Pifer, 2LT
   MNPF-PC, Room 214
   330 Old Niskayuna Road
   Latham, NY 12110

8. Lou Sanchez
   MNPF-PC, Room 214
   330 Old Niskayuna Road
   Latham, NY 12110

B. <u>Documents</u>

Documents have previously been forwarded to counsel.

C. <u>Damages</u>

See analysis of damages attached hereto as Exhibit "A".

D. <u>Insurance</u>

N/A

Dated: White Plains, New York
       November 1, 2007

                      WELBY, BRADY & GREENBLATT, LLP

                By: _____
                      Paul G. Ryan (PR2374)
                      Attorneys for Plaintiff,
                      United States for the Use and Benefit
                      of Platinum Mechanical, LLC
                      11 Martine Avenue
                      White Plains, New York 10606
                      (914) 428-2100
                      Pryan@wbgllp.com

# EXHIBIT "A"

Platinum Mechanical
Stewart ANG Payment Status

| Invoice Date | Period To | Date Paid | Amount Paid | Amount Open |
|---|---|---|---|---|
| Application #1 | 24-Jul-06 | 31-Jul-06 | 17-Aug-06 | $205,898.40 | |
| Application #2 | 4-Aug-06 | 4-Aug-06 | 19-Sep-06 | $197,590.50 | |
| Application #3 | 24-Aug-06 | 31-Aug-06 | 4-Oct-06 | $126,122.50 | |
| Application #4 | 20-Sep-06 | 20-Sep-06 | 5-Oct-06 | $214,641.00 | |
| Application #5 | 11-Oct-06 | 11-Oct-06 | 30-Oct-06 | $134,064.00 | |
| Application #6 | 31-Oct-06 | 7-Nov-06 | 1-Dec-06 | $43,290.00 | |
| Application #7 | 24-Nov-06 | 30-Nov-06 | | | $22,500.00 |
| Application #8 | 30-Dec-06 | 30-Dec-06 | 12-Feb-07 | $18,450.00 | |
| Application #9 | 16-Feb-07 | 16-Feb-07 | 16-Feb-07 | | $53,419.50 |

Payment Terms: NET 15 Days

Total Amount Paid As of 3/15/07: $940,056.40
Total Amount Billed Still Outstanding: $75,919.50

Contracted Amount  $1,099,246.00

Change Orders: See below for description  $27,128.00

Down Draft Tables that we were **NOT RESPONSIBLE** for. $26,814.00

T&M #2412 - $2626.51  T&M # 2091 - $1,081.70
T&M #2413 - $1,593.61  T&M #2415 - $1,734.75
Relo of airline - backflow preventer - $863.63
Relo of #1 Copper Waterline in Way of duct - $878.08
Relo of 4 additional unit heaters - $14,014.52
Additional hardware for Big Ass Fans $4,336.00
Replacement of 2nd floor northwing fin tube that froze  $714.77
Change Order Re-route fin tube  $5,164.68
Change Order Re-route coper piping  $16,169.32
Credit Non-installation of new trunkline  ($15,000.00)

Contract PLUS Change Orders  $1,160,236.77
Money Paid on Contract  ($940,056.40)
Total Amount Due  $220,180.37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE UNITED STATES FOR THE USE AND BENEFIT
OF PLATINUM MECHANICAL, LLC,         Case # 07 civ. 3318

                      Plaintiff,

                                              **CERTIFICATE OF**
                                              **SERVICE**

UNITED STAES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and
CFP GROUP, INC.
                      Defendants.
------------------------------------------------------------------X

## CERTIFICATION

      This is to certify that on November 1, 2007 a copy the foregoing was Rule 26(a) Disclosure was filed electronically with this Court and served by mail upon any counsel or party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic fling. Parties may access this filing through the Court's CM/ECF system.


                                                  */s/ Paul G. Ryan*
                                                  Paul G. Ryan