# EXHIBIT "I"

## Walsh, Mark

**From:** Pifer Ray 1LT 105CES [RAY.PIFER@nystew.ang.af.mil]
**Sent:** Wednesday, March 07, 2007 10:12 AM
**To:** Walsh, Mark
**Cc:** 'Roberto Clark'; 'Harden, Greg'; Sanchez Louis Civ 105CES; Fenner Kevin MSgt 105MSG
**Subject:** RE: Request for time extension

Mark,

After discussing this with LTC Johnson the base will agree to an extension until the 30th of March, Friday.
All work, to include punch list items must be completed by this date.

Lt Pifer

---

From: Roberto Clark [mailto:rclark@thecfpgroup.com]
Sent: Tuesday, March 06, 2007 12:02 PM
To: 'Walsh, Mark'
Cc: 'Pifer Ray 1LT 105CES'
Subject: Request for time extension

Mark,

We would like to request additional time on the base contract of 15 days. We feel this time is justified to allow us to review and approve all of the numerous contract modifications (electrical, HVAC, fire). In addition, due to the lost time of the water damage incident.

Thank You

Roberto Clark, P.E

Pres./CEO

The CFP Group

1921 Gallows Rd., Suite 380

Vienna, VA 22181

t 703.752.0570, ext. 16

f 703.752.0573

www.thecfpgroup.com

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1  3 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>P00003 | 3. EFFECTIVE DATE<br>08-Mar-2007 | 4. REQUISITION/PURCHASE REQ. NO.<br>FB8322 6006-0001 | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY<br>W912PQ - USP&FO-NY<br>ATTN: MNPF-PC<br>330 OLD NISKAYUNA ROAD<br>LATHAM NY 12110-2224 | CODE  W912PQ | 7. ADMINISTERED BY (If other than item 6)<br>W912PQ - USP&FO-NY<br>MNPF-PC, ROOM 214<br>330 OLD NISKAYUNA ROAD<br>LATHAM NY 12110-2224 | | CODE  W912PQ | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
CFP GROUP INC, THE
ROBERTO CLARK
1700 ROCKVILLE PIKE #400
ROCKVILLE MD 20852-1631

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MOD. OF CONTRACT/ORDER NO.
W912PQ-06-C-0004

[X] 10B. DATED (SEE ITEM 13)
25-Apr-2006

CODE  4D0J4      FACILITY CODE  4D0J4

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.
Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN
REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,
provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). | |
| [X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52-243-4, Changes | |
| D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return  1  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: walshm3007199
See SF30 Block 14 Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME Roberto Clark, FS President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>MARK R. WALSH / CONTRACTING OFFICER<br>TEL: 518-786-4898    EMAIL: markwalsh@us.army.mil | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED<br>3-9-07 | 16B. UNITED STATES OF AMERICA<br>BY  *Mark R. Walsh*<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>09-Mar-2007 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 30 - BLOCK 14 CONTINUATION PAGE

The following have been added by full text:
   <u>MODIFICATION P0003</u>

A. This modification is issued to definitize an equitable agreement for the changes described below.

B. The contract completion date is hereby extended from March 10, 2007 to March 30, 2007. The new completion date is inclusive of punch list completion and final site cleanup.

C. The contract price is unchanged by this modification and remains $4,689,500.

D. This supplemental agreement sets forth complete and final equitable adjustment for the changes described above.

E. In consideration of the modification agreed to herein as complete and final equitable adjustment for the changes described above, the contractor hereby releases the government from any and all liability under this contract for further equitable adjustment attributable to such fact or circumstances that are mutually agreed upon in this modification.

SECTION 00010 - SOLICITATION CONTRACT FORM
   The facility code has changed from 3DXR8 to 4D0J4.
   The contractor organization has changed from
       SIM-G TECHNOLOGIES LLC
       ROBERTO CLARK
       1411 K STREET, NW
       SUITE 900
       WASHINGTON DC 20005-4196
       to
       CFP GROUP INC, THE
       ROBERTO CLARK
       1700 ROCKVILLE PIKE #400
       ROCKVILLE MD 20852-1631

DELIVERIES AND PERFORMANCE

The following Delivery Schedule item for CLIN 0001 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|

W912PQ-06-C-0004
P00003
Page 3 of 3

|  |  |  |  |
|---|---|---|---|
| 02-FEB-2007 | 1 | FA6322 - 105 AW / NYANG CONTRACTING<br>105 AW<br>ONE MILITIA WAY BLDG #204<br>STEWART ANGB<br>NEWBURGH NY 12550-5042<br>636-2897<br>FOB: Destination | FA6322 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| 30-MAR-2007 | 1 | FA6322 - 105 AW / NYANG CONTRACTING<br>105 AW<br>ONE MILITIA WAY BLDG #204<br>STEWART ANGB<br>NEWBURGH NY 12550-5042<br>636-2897<br>FOB: Destination | FA6322 |

(End of Summary of Changes)