# EXHIBIT "J"



**THE CFP GROUP**
FIRE PROTECTION  ENGINEERING  CONSTRUCTION

1921 Gallows Road
Suite 380
Vienna, VA 22182
Tel:   (703) 752-0573
Fax:  (703) 752-0573

March 12, 2007

Platinum Mechanical
250 Greenwich Avenue
Goshen, NY 10924

Dear Chip Knapp,

As of today, March 12, 2007, your company will no longer continue to work for The CFP Group in the US Army Stewart Hangar 101, NY project. Platinum Mechanical's remaining services are officially terminated due to damages incurred from bad installation.

As of today, Platinum's employees are not allowed to access the job site unless to pick up their tools. Platinum's remaining owed money from the contract will be retained to pay for the outstanding services required. Any remaining funds will be relinquished to Platinum once the project is completed

If you have any questions, do not hesitate to contact me.

Sincerely,

Roberto Clark
President

Georgia
125 Town Park Drive
Suite 300
Kennesaw, GA 30144

Virginia
1921 Gallows Rd.
Suite 380
Vienna, VA 22182

Maryland
1700 Rockville Pike
Suite 400
Rockville, MD 20852