**MEMO ENDORSED**

# WELBY, BRADY & GREENBLATT, LLP
ATTORNEYS AT LAW
WESTCHESTER FINANCIAL CENTER
11 MARTINE AVENUE
WHITE PLAINS, NEW YORK 10606
TEL: (914) 428-2100
FAX: (914) 428-2172
www.wbgllp.com

GERARD P. BRADY*
ANTHONY P. CARLUCCI, JR.*
MICHAEL E. GREENBLATT*+xΔ
ALEXANDER A. MIUCCIO
PAUL G. RYAN*+
ALAN SINGER
THOMAS S. TRIPODIANOS
THOMAS H. WELBY*

MICHAEL I. SILVERSTEIN
NICHOLAS A. CARRE
ADAM W. DOWNS*+
MARK CERMELE+
S. DEAN KIM+
MICHAEL R. WOOD

*ALSO ADMITTED IN NEW JERSEY
+ALSO ADMITTED IN CONNECTICUT
xALSO ADMITTED IN MASSACHUSETTS
ΔALSO ADMITTED IN PENNSYLVANIA

OF COUNSEL:
LESTER GULITZ
GEOFFREY S. POPE*x
ROBERT G. CORKE
DONNA M. BRADY*
JOHN J.P. KROL

NEW JERSEY OFFICE
123 NORTH UNION AVENUE
SUITE 103
CRANFORD, NEW JERSEY 07016
(908) 272-7870
(908) 272-2656 (FAX)

CONNECTICUT OFFICE
ONE LANDMARK SQUARE
FIFTH FLOOR
STAMFORD, CONNECTICUT 06901
(203) 363-0081
(203) 363-0071 (FAX)

December 10, 2007

**VIA FACSIMILE**
Honorable Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Platinum Mechanical, LLC
Docket # 07 Civ. 3318 (CLB)
File # 954.002

Dear Judge Brieant:

In furtherance of my call to chambers, I write to Your Honor seeking permission to commence a third-party action. I represent the interests of plaintiff, Platinum Mechanical, LLC, a subcontractor to defendant in this action, The CFP Group. During a recent deposition of my client, it became apparent that the basis for counterclaims asserted by The CFP Group against Platinum Mechanical, LLC were the actions of a subcontractor of Platinum's, Vamco. As such, we seek permission under F.R.C.P. 14(b) to commence a third-party action against Vamco for the claims asserted by The CFP Group.

I have contacted counsel for The CFP Group and Utica Mutual Insurance and both have indicated that they have no objection to this request.

Thank you for your attention to this matter, we will await your directive.

Respectfully yours,

Paul G. Ryan

*[Handwritten margin note: Application Granted So Ordered Charles L. Brieant December 10, 2007]*