*3rd party summons Issued*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THE UNITED STATES FOR THE USE AND BENEFIT
OF PLATINUM MECHANICAL, LLC,

                        Plaintiff

-against-

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and
CFP GROUP, INC.

                        Defendants.

------------------------------------------------------------------X

THE UNITED STATES FOR THE USE AND BENEFIT
OF PLATINUM MECHANICAL, LLC,

                        Third-Party Plaintiff

-vs-

VAMCO SHEET METALS, INC.

                        Third-Party Defendant

------------------------------------------------------------------X

Case # 07 civ. 3318

**THIRD-PARTY**
**COMPLAINT**

## THE PARTIES

1.    Third-Party Plaintiff, The United States For The Use And Benefit Of Platinum Mechanical, LLC d/b/a Platinum Mechanical Contractors ("Platinum") is a corporation organized and existing under the laws of the state of New York, with its principal place of business located at 250 Greenwich Avenue, Goshen, New York 10924.

**WHEREFORE,** Third Party Plaintiff, Platinum Mechanical demands the following:

1. As to Counts One and Two, judgment in favor of Platinum Mechanical against Vamco Sheet Metals, Inc. to the full extent that it is found liable to plaintiff on the counterclaim, the CFG Group, including all monetary damages, interest, attorneys' fees, costs and expenses and all other relief that is just and proper;

2. As to Count Three, judgment in favor of Platinum Mechanical against Vamco Sheet Metals, Inc. in an amount not less than $350,000.00, plus costs, attorneys' fees, interest and all other relief that is just and proper;

Respectfully submitted,

Paul G. Ryan (PR 2374)
Attorneys for Third- Party Plaintiff
11 Martine Avenue, 15th Floor
White Plains, New York 10606
Tel: (914) 428-2100
Fax: (914) 428-2172
pryan@wbgllp.com