UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

THE UNITED STATES FOR THE USE AND BENEFIT: 07 CV 3318
OF PLATINUM MECHANICAL, LLC,

Plaintiff, : RULE 7.1 DISCLOSURE : STATEMENT

-against- :

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and :
CFP GROUP, INC.,

Defendants. :

--------------------------------------------------------------x

THE UNITED STATES FOR THE USE AND BENEFIT:
OF PLATINUM MECHANICAL, LLC,

Plaintiff, :

-against- :

VAMCO SHEET METALS, INC., :

Defendants. :

--------------------------------------------------------------x

Third-party defendant Vamco Sheet Metal, Inc. ("Vamco"), by its attorney, Thomas D. Czik, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, states: there is no corporation that is a parent to Vamco or any publicly held corporation owning 10% or more of Vamco's stock.

Dated: Roslyn, New York
March 17, 2008

Thomas D. Czik (TC-3382)
Attorney for third-party defendant
30 Eagle Lane
Roslyn, New York 11576-2502
(516) 801-0157