UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
THE UNITED STATES FOR THE USE AND BENEFIT            Case # 07 civ. 3318
OF PLATINUM MECHANICAL, LLC,

                                 Plaintiff,

      -against-                                                                      **REPLY TO THIRD-PARTY**
                                                                      **COUNTERCLAIM**

UNITED STATES SURETY COMPANY,
US SPECIALTY INSURANCE COMPANY and
CFP GROUP, INC.

                                 Defendants.
------------------------------------------------------------------------X
THE UNITED STATES FOR THE USE AND BENEFIT
OF PLATINUM MECHANICAL, LLC

                                 Third-party Plaintiff

      -against-

VAMCO SHEET METALS, INC.,

                                 Third-party Defendant
------------------------------------------------------------------------X

      Plaintiff, The United States For The Use and Benefit of Platinum Mechanical, LLC ("Platinum") by its attorneys, Welby, Brady & Greenblatt, LLP, replies to the Third-party Counterclaim asserted by Vamco Sheet Metals, Inc. ("Vamco") as follows:

<u>COUNTERCLAIM</u>

      1.    Denies having knowledge or information sufficient to form belief as to the truth of the allegations contained within paragraph "28" of the third-party counterclaim

      2.    Admits the allegations contained within paragraph "29" of the third-party counterclaim

      3.    Admits the allegations contained in paragraph "30" of the third-party counterclaim.

4. Denies the truth of the allegations contained in paragraph "31" of the third-party counterclaim

5. Denies the truth of the allegations contained in paragraph "32" of the third-party counterclaim.

6. Denies the allegations contained within paragraph "33" of the third-party counterclaim.

WHEREFORE, plaintiff, the United States for the use and benefit of Platinum Mechanical, LLC, respectfully demands judgment for the relief sought in the Third-party Complaint and as follows:

1. dismissing each of third-party defendant's counterclaims in its entirety; and

2. for such other and further relief as this court may deem just and proper.

Dated: White Plains, New York
  March 17, 2008

WELBY, BRADY & GREENBLATT, LLP

By: _____/s/_____
Paul G. Ryan (PR 2374)
Attorneys for Plaintiff
11 Martine Avenue, 15th Floor
White Plains, New York 10606
Tel: (914) 428-2100
Fax: (914) 428-2172
pryan@wbgllp.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing Reply to Third-party Counterclaim was electronically filed and mailed on March 17, 2008 to the following:

THOMAS G. DE LUCA
DE LUCA & FORESTER
11 Commerce Drive
Cranford, New Jersey 07016

Thomas D. Czik, Esq,
30 Eagle Lane
Roslyn, NY 11576-2502

Dated:  White Plains, New York
          March 17, 2008

                                    /s/
                                Paul G. Ryan