# WELBY, BRADY & GREENBLATT, LLP
## ATTORNEYS AT LAW

GERARD P. BRADY*
ANTHONY P. CARLUCCI, JR.*
MICHAEL E. GREENBLATT*+xΔ
ALEXANDER A. MIUCCIO
PAUL G. RYAN*+
ALAN SINGER
THOMAS S. TRIPODIANOS
THOMAS H. WELBY+

MICHAEL I. SILVERSTEIN
NICHOLAS A. CARRE
ADAM W. DOWNS*+
MARK CERMELE+
S. DEAN KIM+
MICHAEL R. WOOD

*ALSO ADMITTED IN NEW JERSEY
+ALSO ADMITTED IN CONNECTICUT
xALSO ADMITTED IN MASSACHUSETTS
ΔALSO ADMITTED IN PENNSYLVANIA

WESTCHESTER FINANCIAL CENTER
11 MARTINE AVENUE
WHITE PLAINS, NEW YORK 10606
TEL: (914) 428-2100
FAX: (914) 428-2172
www.wbgllp.com

OF COUNSEL:
LESTER GULITZ
GEOFFREY S. POPE*x
ROBERT G. CORKE
DONNA M. BRADY*
JOHN J.P. KROL

NEW JERSEY OFFICE
123 NORTH UNION AVENUE
SUITE 103
CRANFORD, NEW JERSEY 07016
(908) 272-7870
(908) 272-2656 (Fax)

CONNECTICUT OFFICE
ONE LANDMARK SQUARE
FIFTH FLOOR
STAMFORD, CONNECTICUT 06901
(203) 363-0081
(203) 363-0071 (Fax)

July 1, 2008

**MEMO ENDORSED**

*Application Granted - Discovery extended to 9-15-08. Conference is scheduled for October 24, 2008. So Ordered. Charles L. Brieant 7-1-08 USDJ*

**VIA FACSIMILE**
Honorable Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  Platinum Mechanical, LLC
     Docket # 07 Civ. 3318 (CLB)

Dear Judge Brieant:

I represent the interests of plaintiff, Platinum Mechanical, LLC in reference to the above-noted matter. We are currently scheduled to have discovery complete and a conference held on July 18, 2008. We recently held a conference call with all counsel to schedule remaining party, third-party and non-party depositions. Given the summer schedules of counsel and witnesses, along with the fact that counsel for The CFP Group is located in Virginia we have had some scheduling issues, but we have worked this out. I write upon consent of all counsel to request an additional sixty (60) days, until September 19, 2008 to complete discovery in this matter.

If this is acceptable, we would request that the conference scheduled for July 18, 2008 be adjourned until September 19, 2008.

Thank you for your attention to this matter, we will await your directive.

Respectfully yours,

Paul G. Ryan

**WELBY, BRADY & GREENBLATT, LLP**
ATTORNEYS AT LAW

cc: Thomas Czik, Esq.

    Thomas G. DeLuca, Esq.
    DeLuca & Forster

    Lori Ebersohl, Esq.